Samuel S. Berger et al., Appellees, v. Abraham Kosden et al., Appellants.
Samuel S. Berger, Appellee, v. 2733 Spaulding Corporation et al., Appellants.

Gen. Nos. 46,286, 46,287.

Morris A. Haft, for appellants; Harry J. Myerson, Louis L. Cohen, and Arnold I. Shure, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 22, 1954; released for publication July 9, 1954.